October 12, 2026

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Yuhao Jin v. Easymay Inc., et al., No. 1:26-cv-05966 (LJL)**

Request to adjourn the initial pretrial conference scheduled for October 14, 2026

Dear Judge Liman:

We represent plaintiff Yuhao Jin in the above-captioned action and respectfully request 1) an adjournment of the initial pretrial conference currently scheduled for October 14, 2026, pending resolution of service on the individual defendant, and 2) an extension of time to complete service.

Defendant Easymay Inc. was served in August 2026. Despite diligent efforts, plaintiff has been unable to effect service on defendant Yining Cui. Plaintiff has learned that Cui is currently in Shanghai, China, and has been unable to ascertain any street address for her despite diligent inquiry, including six unsuccessful personal-service attempts in California (Exhibit A), an unsuccessful attempt at Easymay's New York address of record (Exhibit B), and DMV searches (Exhibit C). Plaintiff believes the California address is Defendant Cui's residential address and the New York address is Defendant Cui's normal business address. Plaintiff has informed the undersigned counsel that he has met Defendant Cui in-person in China on or about October 6.

Plaintiff is finalizing a motion for alternative service pursuant to Federal Rule of Civil Procedure 4(f)(3) via email at contact@easymayus.com, which plaintiff expects to file promptly. The email address was obtained from Easymay's business website. Exhibit D. Because service has not been effected on all defendants and the Rule 4(f)(3) motion will determine how this action proceeds, a conference at this time would be premature. Plaintiff respectfully requests that the Court adjourn the October 14 conference and extend the time for Plaintiff to complete service until after the Court resolves the forthcoming motion, and plaintiff will promptly submit a proposed case management plan once service issues are resolved.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Shan Zhu*

Shan Zhu, Esq.

Attorneys for Plaintiff Yuhao Jin

The Initial Pretrial Conference, currently scheduled for October 14, 2026 at 12:00 p.m., is ADJOURNED *sine die*. Plaintiff's letter motion for an extension of time to complete service is DENIED without prejudice. Plaintiff is directed to set forth the extension requested by letter filed on the docket no later than October 16, 2026.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

October 13, 2026